# United States District Court
## Violation Notice

**CVB Location Code:** M10

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F06I004M | Wallace | 2496 |

F06I004M

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/26/2025 14:06
**Offense Charged:** FED 36CFR261.10E
**Place of Offense:** E. Fork Lolo Creek Rd. / FS Rd. 2195

**Offense Description: Factual Basis for Charge**
Personal property unattended for more then 72 hours.

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| Nelson | Andrew | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex: M ☐  F ☐   Race | Hair | Eyes | Height | Weight

### VEHICLE
**VIN:** SN1PM8DS55C539987   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PXA000082 | MT | 2005 | POLA/RMK | ☐ | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 200.00   Forfeiture Amount
$ 30.00    Processing Fee
PAY THIS AMOUNT  $ 230.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 201 E. Broadway, Missoula, Montana 59802
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F06I004M

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____06/26/2025_____ while exercising my duties as a law enforcement officer in the _____ District of _____MT_____

Pursuant to 16USC 551: On July 4, 2025, I responded to a report regarding a snowmobile observed on the side of Forest Road 2195 in the East Fork of Lolo Creek, within the Missoula Ranger District of the Lolo National Forest. The snowmobile was located behind a gate that remains locked year-round. A member of the public had seen the snowmobile while hiking and expressed interest in acquiring it for personal use.

Upon locating the snowmobile, I collected the vehicle identification number (VIN) and attempted to contact the registered owner. I also posted a notice to remove the snowmobile. The registered owner was identified as Andrew NELSON.

On July 5, 2025, I visited NELSON's residence. His roommate answered the door, and I left my contact information. Several days later, NELSON called and explained that the snowmobile had broken down during the winter and he had not reported it. He stated that he did not wish to relinquish ownership and intended to retrieve it eventually. When asked why he had not informed anyone, NELSON acknowledged that he knew it was wrong and accepted responsibility.

I informed NELSON that I would assist him in removing the snowmobile due to its location behind a locked gate, but that he would be cited for leaving personal property unattended for longer than 72 hours.

On August 25, 2025, I met with NELSON to assist in the removal of the snowmobile. The vehicle was removed without incident, and NELSON was issued violation notice number F06I004M for violating 36 CFR 261.10(e), which prohibits leaving personal property unattended for more than 72 hours except in designated areas.

The foregoing statement is based upon:

   MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  06/26/2025
             Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
             Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                   CMV = Commercial vehicle involved in incident